# Lilley *v.* Pennsylvania Railroad Company, Appellant.

Argued Oct. 30, 1907. Appeal, No. 162, Oct. T., 1907, by defendant, from judgment of C. P. Washington Co., Feb. T., 1890, No. 216, on verdict for plaintiff in case of Thomas Lilley, Executor, v. Pennsylvania Railroad Company, successors to the Pittsburg, Virginia & Charleston Railway Company. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Appeal dismissed.

OPINION BY MR. JUSTICE STEWART, January 6, 1908 :

This is an appeal by the defendant from the same judgment that was considered in the case just decided, ante, p. 447. By agreement of counsel the appeal is dismissed at appellant's costs.